UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH ADELA FERNANDEZ MARTINEZ, On Behalf Of Herself And All Other Persons Similarly Situated,<br><br>      Plaintiff,<br><br> -v-<br><br>PACIFICA BEAUTY, LLC,<br><br>      Defendant. | CIVIL ACTION NO. 25 Civ. 6581 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision. (ECF No. 6). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant to respond to the Complaint (ECF No. 1) was September 9, 2025. (ECF No. 7). To date, Defendant has not responded to the Complaint. As a one-time courtesy, the Court sua sponte EXTENDS the deadline for Defendant to respond to the Complaint up to and including **Thursday, September 18, 2025**.

Defendant is warned that failure to answer, move, or otherwise respond to the Complaint by **September 18, 2025**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated: New York, New York
    September 11, 2025

                SO ORDERED.

                _____
                **SARAH L. CAVE**
                **United States Magistrate Judge**